**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Donnell Decol GARDNER, Defendant–Appellant.**

No. 00–6941.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 27, 2001.

Donnell Decol Gardner, pro se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Donnell Decol Gardner appeals the district court's order denying his motion for a new trial pursuant to Fed.R.Crim.P. 33. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Gardner*, No. CR–95–3 (W.D.N.C. filed May 31, 2000; entered June 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*